UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADMIR CUTURIC, et al.,
              Plaintiffs

          -against-

THE JADE FARM LLC, et al.,
              Defendants.
------------------------------------------------------------X

20 Civ. 3363 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for July 16, 2020, at 10:50 a.m.;

WHEREAS, the parties filed a proposed Case Management Plan which indicates that the parties consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. *See* 28 U.S.C. § 636(c). It is hereby

**ORDERED** that the July 16, 2020 initial pretrial conference is adjourned *sine die*. It is further

**ORDERED** that by **July 17, 2020**, the parties shall return an executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form to the Clerk of Court,[1] confirming their intention to conduct all further proceedings before Judge Lehrburger, in compliance with Rule 73.1 of the Local Civil Rules for the Southern and Eastern Districts of New York.

Dated: July 13, 2020
      New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

---

[1] The form is available at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/rwlConsentToProceedBeforeUSMagistrateJudge._0.pdf.