UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADMIR CUTURIC, et al.,
                Plaintiffs

-against-

THE JADE FARM LLC, et al.,
                Defendants.
------------------------------------------------------------X

20 Civ. 3363 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated July 13, 2020, the parties were directed to return by July 17, 2020, an executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form to the Clerk of Court, confirming their intention to conduct all further proceedings before Judge Lehrburger, in compliance with Rule 73.1 of the Local Civil Rules for the Southern and Eastern Districts of New York. It is hereby

**ORDERED** that the parties shall file a joint letter by **July 23, 2020**, informing whether the parties returned an executed form to the Clerk of Court, and if not, explaining why the parties failed to do so.

Dated: July 21, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE