JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |

October 26, 2020

**VIA ECF**

Hon. Robert W. Lehrburger
United States Magistrate Judge
U. S. District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

      **Re:**  *Cuturic v. The Jade Farm LLC, et al.*, **Case No. 20-cv-3363**
         **Joint Status Letter**

Dear Judge Lehrburger:

  We represent the Plaintiff in the above referenced matter, and we write jointly with Defendants pursuant to the Civil Case Management Plan and Scheduling Order (Dkt. No. 31) to provide the Court with a status update.

  Plaintiff served his initial discovery requests on August 27, 2020. Defendants served their initial discovery requests on September 30, 2020. Defendants produced documents and responses to Plaintiff's initial requests on October 19, 2020. Plaintiff's responses and document production to Defendants' requests are due on October 30, 2020. The parties anticipate raising discovery issues related to these productions and responses in the coming weeks. If the parties cannot resolve these disputes through a meet and confer process, we anticipate filing letter motions with the Court pursuant to your Honor's Individual Rule III.D.

  At this time, the parties do not believe a settlement conference would be beneficial to the resolution of the case. The parties will revisit this issue after the completion of document discovery and the resolution of any related issues. In addition, the parties have not taken any steps to engage in the mediation process.

  Respectfully submitted,

              JOSEPH & KIRSCHENBAUM LLP

              */s/ Michael DiGiulio*
              Michael DiGiulio
              32 Broadway, Suite 601
              New York, NY 10004
              (212) 688-5640
              *Attorneys for Plaintiff*