UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ADMIR CUTURIC,                                   :
                                                 :
                            Plaintiff,           :
                                                 :
              - against -                        :
                                                 :
THE JADE FARM LLC, et al.,                       :
                                                 :
                            Defendants.          :
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/15/2021__

20-CV-3363 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Order resolves the discovery issues raised by Defendants at Dkt. 42.

1.  The deposition of Plaintiff shall proceed remotely.  Remote depositions have become the norm during the pandemic.  Pandemic risks remain, and the Court finds no need in this case to require an in-person deposition.

2.  Defendants' request for a medical examination of Plaintiff is granted.  Whether and to what extent Plaintiff had a disability is a material issue, and Defendants should not be foreclosed from having Plaintiff undergo a medical examination to attempt to determine the extent to which Plaintiff has or had a disability at the time he was terminated.

3.  Defendants' request for social media and passwords is far too overbroad. Plaintiff need only produce social media posts to the extent they are responsive to other non-objectionable requests, and, separately, any posts that show Plaintiff wearing any footwear at any time during the period from six months before his termination to six months after his termination.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 15, 2021
      New York, New York

Copies transmitted this date to all counsel of record.