Michael DiGiulio
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
**ADMIR CUTURIC, on behalf of himself and others similarly situated,**

       **Plaintiffs,**

  v.

**THE JADE FARM LLC d/b/a JUE LAN CLUB, NAOMI RAM and MOHAMMAD ALI AMANHOLLAHI,**

       **Defendants.**
----------------------------------------------------------x

**CASE NO: 20-CV-3363**

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 68, Plaintiff Admir Cuturic accepts Defendants' Offer of Judgment of $7,500 in the above captioned action. Defendants' Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 is attached hereto as Exhibit A.

Dated: New York, New York
July 23, 2021

Respectfully submitted,

JOSEPH & KIRSCHENBAUM LLP

By: */s/ Michael DiGiulio*
    Michael DiGiulio
    32 Broadway, Suite 601
    New York, NY 10004
    Tel: (212) 688-5640

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ADMIR CUTURIC, on behalf of himself and
others similarly situated,

                Plaintiffs,

    v.

THE JADE FARM LLC d/b/a JUE LAN
CLUB, NAOMI RAM and MOHAMMAD
ALI AMANOLLAHI,

                Defendants.

------------------------------------------------------------X

Civil Action No. 20-cv-3363

OFFER OF JUDGMENT
PURSUANT TO F.R.C.P.68
FOR JURY TRIAL

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant offer to allow judgment to be taken against them in this action.

The terms of the judgment to which Defendants consent are:

      Judgment for Plaintiffs in the amount of $7,500 inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiffs in litigating his claims to the date of this offer.

      This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed either as an admission that Defendants are liable in this action, or that Plaintiffs have suffered any damages.

      Plaintiffs have fourteen (14) days from the date on which this offer was served in which to accept in writing. If Plaintiffs accept this offer, the offer will be filed with the court, and the clerk of the court will enter a final judgment in this action that conforms to the terms set out in this offer. If Plaintiffs fail to accept the offer within the time allowed, it is deemed withdrawn. If Plaintiffs fail to recover a more favorable judgment than the one specified in this offer of

1

judgment, they may be liable for all the costs of suit incurred by Defendants after the date of this offer.

Dated: July 16, 2021
      Jericho, New York

                                        ANDREW K. STAULCUP PC.

                By: _____
                                      Andrew K. Staulcup, Esq.
                                      Attorney for Defendants
                                      390 North Broadway, 3rd Floor
                                      Jericho, New York  11753
                                      (631) 434-1900
                                      andrew@staulcuplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                Civil Action No. 20-cv-3363

ADMIR CUTURIC, on behalf of himself and
others similarly situated,

                              Plaintiffs,

     v.

THE JADE FARM LLC d/b/a/ JUE LAN
CLUB, NAOMI RAM and MOHAMMAD
ALI AMANOLLAHI,

                              Defendants.

## OFFER OF JUDGMENT
## PURSUANT TO F.R.C.P. 68
## FOR JURY TRIAL

---

ANDREW K. STAULCUP PC
*Attorneys for Defendants*
390 N BROADWAY 3RD FLOOR.
JERICHO, NEW YORK 11753
Telephone: (631) 434-1900

Signature pursuant to Rule 130-1.1(a)

_____
ANDREW K. STAULCUP, ESQ.