UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ADMIR CUTURIC, on behalf of himself and
others similarly situated,

               **Plaintiffs,**

   v.

THE JADE FARM LLC d/b/a JUE LAN CLUB,
NAOMI RAM and MOHAMMAD ALI
AMANHOLLAHI,

               **Defendants.**
------------------------------------------------------------x

CASE NO: 20-CV-3363

## PROPOSED JUDGMENT

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 23, 2021; and Defendants having offered Plaintiff Admir Cuturic an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, against Defendants in the amount of $7,500.00 inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff in litigating his claims to the date of this offer; it is

ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff against Defendants in the amount of $7,500.00 inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff in litigating his claims to the date of this offer.

Dated: New York, New York
        _____, 2021

                                            _____
                                            Robert W. Lehrburger
                                            United States Magistrate Judge