```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

ADMIR CUTURIC, on behalf of himself and others similarly situated,

        **Plaintiffs,**

   v.

THE JADE FARM LLC d/b/a JUE LAN CLUB, NAOMI RAM and MOHAMMAD ALI AMANHOLLAHI,

        **Defendants.**

-----------------------------------------------------------x

CASE NO: 20-CV-3363

## PROPOSED JUDGMENT

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 23, 2021; and Defendants having offered Plaintiff Admir Cuturic an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, against Defendants in the amount of $7,500.00 inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff in litigating his claims to the date of this offer; it is

ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff against Defendants in the amount of $7,500.00 inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff in litigating his claims to the date of this offer.

Dated:  New York, New York
          June 23, 2021

SO ORDERED:

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE